UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**GIANNI ADAMS**                                               **CIVIL ACTION**

**VERSUS**                                                     **NO. 24-205-BAJ-EWD**

**WBR FUNDING, LLC, ET AL.**

## ORDER

In light of the court granting the Plaintiff's Motion to Amend the Scheduling Order,[1] the previously issued scheduling order is hereby amended as follows:[2]

1. The deadline to join other parties or to amend the pleadings is EXPIRED.

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): EXPIRED

    b. **Filing** all discovery motions and **completing** all discovery except experts: **October 15, 2024.**

3. Deadline to file dispositive motions and Daubert motions: **October 8, 2024**

4. Deadline to file pre-trial order: **January 28, 2025**[3]

5. Deadline to file motions in limine: **February 25, 2025.** Responses to motions in limine shall be filed within the time period provided by the local rules.

6. Deadline to file an affidavit of settlement efforts: **March 11, 2025**

7. Pre-trial conference date: **February 13, 2025 at 1:30 p.m.** in the chambers of the Honorable Brian A. Jackson.

8. Deadline to submit joint jury instructions, voir dire, and verdict forms to the presiding judge: **April 1, 2025**

    **The information regarding the Honorable Brian A. Jackson's pretrial order may be found on the court's website at (**http://www.lamd.uscourts.gov**) under "Judges' Info."**

9. A **4-day jury trial** is scheduled for **8:30 a.m. beginning on April 14, 2025 in Courtroom 2 before the Honorable Brian A. Jackson.**

---

[1] R. Doc. 32.
[2] Prior deadlines are restated for ease of reference unless expired. New deadlines are in bold type.
[3] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

Signed in Baton Rouge, Louisiana, on August 21, 2024.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**